**Certification of Service**

The undersigned hereby certifies that on February 14, 2012 he served copies of the Second Amended Complaint and Jury Demand filed by Plaintiffs Raymond Alves, Michael Culbreth, and Derrick Sessoms, upon all parties in this litigation, including all consolidated plaintiffs and defendants. Counsel for all parties were served electronically by operation of the Court's CM/ECF system, with the exception of the following consolidated plaintiffs, upon whom service was made by first class mail:

> Thaddeus James Thomas
> Special Treatment Unit
> East Jersey State Prison
> 8 Production Way, CN-905
> Avenel, NJ 07001
>
> Ronald Nash
> Special Treatment Unit
> East Jersey State Prison
> 8 Production Way, CN-905
> Avenel, NJ 07001

        /s/Lawrence S. Lustberg
        Lawrence S. Lustberg