

JOHN J. GIBBONS FELLOWSHIP IN PUBLIC INTEREST & CONSTITUTIONAL LAW

HONORABLE JOHN J. GIBBONS

LAWRENCE S. LUSTBERG
DIRECTOR

ALICIA L. BANNON
JONATHAN M. MANES

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Phone: 973.596.4500

April 2, 2012

Honorable Dennis M. Cavanaugh
United States District Judge
United States District Court for the District of New Jersey
U.S. P.O. & Courthouse, Room 451
One Federal Square
Newark, NJ 07101

    Re:  **Alves v. Main, No. 01-789 (DMC) (MF)**

Dear Judge Cavanaugh:

    This firm, along with the Center for Social Justice at Seton Hall University School of Law, represents the Class just certified in the above-captioned action. We write, on our behalf and on behalf of Defendants' counsel, to request certain modifications to the scheduling portion of the Order issued yesterday by the Court. Those changes are included in the enclosed [Proposed] Modified Order.

    We intend to make complete copies of the Settlement Agreement available on request to Class Members by **April 13, 2012** (the same date by which we are required to deliver the summary Notice to the Class Members). This means that the 30-day period for Class Members to mail objections or comments, if any, should run through **May 14, 2012**, and period for Class Counsel to organize the objections and comments and submit them to the Court should run through **June 12, 2012**. This schedule will give us sufficient time—after receiving any objections or comments—to prepare our motion papers and submit them, in accordance with Local Civil Rule 7.1, at least 24 days in advance of the Fairness Hearing, which the Court has set for **July 9, 2012**. Thus, we do not propose any changes to the date of the Fairness Hearing at this time.

    Thank you for your attention to this matter.

GIBBONS P.C.

Honorable Dennis M. Cavanaugh
**March 30, 2012**
Page 2

                                                Respectfully Submitted,

                                                /s/Lawrence S. Lustberg
                                                Lawrence S. Lustberg
                                                Director

Enclosure
cc: Counsel for all represented parties, via CM/ECF.
    Joseph Aruanno, *pro se*
    Richard Bagarozy, *pro se*
    Robert Deavers, *pro se*
    Michael Hasher, *pro se*
    Ronald Nash, *pro se*
    Thaddeus Thomas, *pro se*