## Certification of Service

The undersigned hereby certifies that on April 2, 2012 he served copies of the Letter to the Court Proposing Modifications to the Court's March 29, 2012 Order and the Proposed Modified Order filed by Plaintiffs Raymond Alves, Michael Culbreth, and Derrick Sessoms, upon all parties in this litigation, including all consolidated plaintiffs and defendants. Counsel for all represented parties were served electronically by operation of the Court's CM/ECF system, and the following consolidated plaintiffs were served by first class mail:

Thaddeus James Thomas
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Joseph Aruanno
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Ronald Nash
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Richard Bagarozy
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Michael Hasher
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Robert Deavers
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

_____
Jonathan M. Manes