UNITED STATES DISTRICT COURT FOR
NEW JERSEY EASTERN DISTRICT

Michael Hasher
Special Treatment Unit
P.O. Box 905
Avenel, NJ. 07001
PH:732-504-8560

| | |
|---|---|
| MICHAEL HASHER, et., al.<br>Plaintiff's<br>vs.<br>JON CORZINE., et al.<br>Defendants | AFFIDAVIT IN SUPPORT<br>OF PLANTIFF'S MOTION<br>FOR LEAVE TO FILE A<br>AMENDED COMPLAINT |

Civil Action No: 07-1212 (DMC) (MF)
(Consolidated with case below).

Civil Action No: 789 (DMC) (MF).

MICHAEL HASHER., being duly sworn, deposes and says:

  I am a resident at the Special Treatment Unit under the Sexual Violent Predators Act.(?SVPA?)

  I am the Plaintiff in the above-entitled case. I make this affidavit in support of my motion for leave to file a Amended Complaint.

  On March 26, 2012, Lead Plaintiff Michael Hasher had written the Court, Attorney General and the Law firm of Gibbons, PC. (Jonathon M. Manes) complaining that he had not been informed that a Settlement and a Fairness hearing had been negotiated, on February 2012 between parties of the Set Hall Law School (Ms. Moses), Attorney General (Susan Doughty) and the two Attorney's from the Law Firm of Gibbons P.C., (Mr. Lustburg & Mr. Manes), also noted in Hasher letter was confirmation that the Lawyer's of Gibbon law firm, in their Certification to the Court stated that they had served all consolidated case's, and their lead plaintiff's, a copy of the Settlement & Fariness negotiations, and exhibit's A & B. **All of which wasn't true.**

  On March 28, 2012, Mr. Jonathan Manes, from Gibbons Law Firm, gave a written response letter to Mr. Hasher and the Court stating, that he hadn't been aware, until Mr. Hasher had written the Court and himself, that he was representing himself in his case, and that it was consolidated, however, he will be sending all submission to the court and a copy to Mr. Hasher and the plaintiff's in his case a copy of future filing's.

**THEREFORE:**

Therefore: As Lead Plaintiff in the consolidated case, proves that knowone in the <u>Hasher v. Corzine</u> case had any input in the settlement, at all. And strongly disagree with the settlement as is. And this is true with the <u>Bagarozy v. Harris</u> case No. 04-cv-3066, that also consolidated with Raymond Alves case, we "All" disagree with this proposed settlement.

We Plaintiff's in the Hasher case, also disagree with the proposal of Gibbons Law Firm, to give special: Class Counsel Representative's being appointed to their client's of Raymond Alves, Michael Culbreth, and Derrick Sessoms. We believe "ALL" plaintiff's in this consolidated case have suffered the same, and under the 5, 14 & 15 Amendment of the Constitution want to be compensated Equally, and that mean's both therapeutically and Compensatory damages. All the same...

## CERTIFICATION:

I, Michael Hasher, certify that the afore mentioned statements are true, and that I am aware that willfully giving false information or statements in this matter is subject to punishment.

I, Certify that I Michael Hasher, under perjury am mailing by way of U.S. Mail copies of this letter brief, and copies of the Texas Civil Commitment Program to all the parties mentioned below:

GIBBONS P.C.
Attn: Manes & Lustebburg.
One Gateway Cener
Newark, NJ. 07102
PH:973-596-4500

ATTORNEY GENERAL OF NJ
Attn: Jeffrey S. Chisa
R.J. Huges Justice Complex
25 Market Street, 8 Floor.
Trenton, NJ. 08625
PH:609-984-3900

United States District Court of N.J.
Attn:Hon. Dennis M. Cavanaugh, U.S.D.J.
U.S. P.O. & Courthouse, Room 451
   One Federal Square
  Newark, New Jersey, 07101

RESPECTFULLY SUBMITTED:
*Michael Hasher*
Michael Hasher, Pro Se.

Date:4-12-2012.