# EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND ALVES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERILL MAIN, Ph.D., et al.,<br><br>Defendants. | No. 01 Civ. 0789 (DMC) (MF) (Consolidated)<br><br>**DECLARATION OF DESIREE SEDEHI** |

DESIREE SEDEHI, being of full age, hereby declares:

1.      I am a third-year student at Seton Hall University School of Law and a member of the Civil Rights and Constitutional Litigation clinic at Seton Hall's Center for Social Justice (the "CSJ"). I am authorized to appear in this action pursuant to D.N.J.L. Civ. R. 101.1(h). The CSJ, along with Gibbons, P.C., represents Class Representatives Raymond Alves, Michael Culbreth, and Derrick Sessoms in this action, and has been appointed Class Counsel. I submit this declaration to document CSJ's compliance with the provisions of this Court's Amended Order, dated April 4, 2012, directing that Class Counsel provide notice to the Class of the proposed settlement ("Settlement") preliminarily approved by the Court.

2.      On or about March 30, 2012, the CSJ received a list, dated March 30, 2012, of all residents of the New Jersey Special Treatment Unit ("STU"). Upon receipt of this list, which was sent to us by David DaCosta, Esq., clerical staff at the CSJ created address labels for each of the four hundred and sixty-three (463) residents on the list.

3.      On April 10, 2012, I, along with my colleagues at the CSJ, affixed the address labels to large envelopes. We then placed in each envelope a copy of the Notice, in the form approved by the Court in its Amended Order, and a self-addressed return envelope. We placed

these materials in two (2) large boxes, along with ten (10) additional copies of the Notice, and sent the boxes via Federal Express overnight delivery to Steven Johnson at the STU, as directed by Mr. DaCosta.

4.      Also on April 10, 2012, we sent one (1) large box containing twenty-five (25) copies of the Notice for posting in the common areas of the STU and one-hundred (100) copies of the complete Settlement Agreement in this action, including exhibits, via Federal Express overnight delivery to Merrill Main, Ph.D. at the STU, as further directed by Mr. DaCosta.

5.      On April 11, 2012, we received confirmation from Federal Express that all three (3) packages had arrived at the STU.

6.      On April 12, 2012, we received an email from Mr. DaCosta informing us that STU staff had delivered all of the individually-addressed packages, with the exception of one resident who was seriously ill, and had posted copies of the Notice in the common areas of the STU.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 18, 2012, at Newark, New Jersey.

Desiree Sedehi