# EXHIBIT B

```
JEFFREY S. CHIESA
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street, PO BOX 112
Trenton, New Jersey  08625

By:  David L. DaCosta
     Deputy Attorney General
     (609) 341-3689
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| RAYMOND ALVES, et al. | HON. DENNIS M. CAVANAUGH, U.S.D.J. |
| Plaintiffs, | Civ. Action No. 01-0789(DMS)(MF) |
| v. | |
| MERRILL MAIN, Ph.D., et. al. | |
| Defendants. | **CERTIFICATION OF MERRILL MAIN** |

MERRILL MAIN, of full age, hereby declares and certifies:

1.  I am employed by the State of New Jersey, Department of Human Services ("DHS"), as the Clinical Director of the Special Treatment Unit ("STU"), located in Avenel, New Jersey. I am responsible for overseeing the treatment of those persons civilly committed to the STU pursuant to the Sexually Violent Predator Act.

2.  On April 11, 2012, I received a package from the Seton Hall University Center for Social Justice containing multiple

1

copies of a document titled "Notice of Proposed Settlement, Raymond Alves, et al. V. Merrill Main, et al., Ph.D."

3. On or about April 11, 2012, I directed staff members employed by DHS to post copies of the Notice in all public areas of the housing facilities at the STU. The Notices were posted in the Annex on April 11th and in the Main Housing Units on April 12, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
MERRILL MAIN
Clinical Director
Special Treatment Unit

Date: April 19, 2012