# EXHIBIT C

JEFFREY S. CHIESA
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street, PO BOX 112
Trenton, New Jersey  08625

By:  David L. DaCosta
     Deputy Attorney General
     (609) 341-3689

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| RAYMOND ALVES, et al. | HON. DENNIS M. CAVANAUGH, U.S.D.J. |
| Plaintiffs, | Civ. Action No. 01-0789(DMS)(MF) |
| v. | |
| MERRILL MAIN, Ph.D., | |
| et. al. | |
| Defendants. | **CERTIFICATION OF STEVEN JOHNSON** |

STEVEN JOHNSON, of full age, hereby declares and certifies:

1.  I am employed by the State of New Jersey, Department of Corrections, as the Assistant Administrator of the Adult Diagnostic and Treatment Center and Special Treatment Unit ("STU"), located in Avenel, New Jersey.

2.  On April 11, 2012, I received a package from the Seton Hall University Center for Social Justice containing four hundred and sixty three (463) envelopes individually addressed to all the

1

residents of the STU civilly committed pursuant to the Sexually Violent Predator Act, as listed on the most recent facility roster.

3. On April 11, 2012, I caused to be delivered these individually addressed envelopes to the residents they were addressed to by hand delivery by the STU mail room staff. All of these envelopes were delivered, with the exception of the one addressed to Resident No. 404, who was very ill and hospitalized at an off site medical facility.

4. Each resident was asked to sign a receipt for their envelope, and all did so with the exception of Resident Nos. 348, 473, 337, 209 and 332. The refusers were nevertheless given their envelopes.

5. Attached hereto as Exhibit A is a true and correct copy of the signature sheets for those residents who did sign and acknowledge receipt of their envelopes.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                    _____
                                    STEVEN JOHNSON
                                    Assistant Administrator
                                    Special Treatment Unit

Date: April 20, 2012

2

# Exhibit A

## Steven Johnson - RE: Alves Settlement Materials

**From:** Steven Johnson
**To:** David DaCosta; Merrill Main; Susan Dougherty
**Date:** 4/11/2012 4:42 PM
**Subject:** RE: Alves Settlement Materials
**CC:** ADTC Admin; Melinda Haley

Susan, David & Merrill,

All residents have been served the packages with a few exceptions.

Jeremiah Dellastrita #404 is in SFMC (he is very ill)
Michael Hasher #348 Refused
Harold Bundy #473 Refused
Juan Zalazar #337 Refused
Mark Crothers #209 Refused
Derrick Baldwin #332 Refused
There are 10 extra packages.

*(handwritten annotation: "10 pages")*

I will be faxing the signature sheets in the next few minutes to Susan Dougherty.

Let me know if you have questions.

Steve Johnson


>>> "Susan Dougherty" <Susan.Dougherty@dol.lps.state.nj.us> 4/11/2012 11:37 AM >>>
Steve:

You should be getting those today. They were sent out to you yesterday by Federal Express.

Susan


*********************************************
Susan J. Dougherty, DAG
Section Chief, Health and Human Services
New Jersey Division of Law
R.J. Hughes Justice Complex
25 Market Street, 8th Floor
PO. Box 112
Trenton, NJ 08625-0112
Tel: 609-341-5096
Fax: 609-777-4036
Susan.Dougherty@dol.lps.state.nj.us>>> "Steven Johnson" <Steven.Johnson@doc.state.nj.us> 4/11/2012 11:19 AM >>>
When will we be receiving the sealed envelopes that will be distributed to the residents?

Seton Hall Law
Center for Social Justice
Alves Settlement Materials

Date: 4-11-12

| | | |
|---|---|---|
| ✓ I. Battle IB 35 | A. Harsanyi AH 556 | R. Wach R-W-191 |
| ✓ P. Bartiromo PB 033 | J. Harris #534 | B. Murphy BM #00003 |
| ✓ A. Barnes AB 290 | W. Harrell W.H. 354 | Abul. Mumin ALM 120 |
| ✓ R. Barber | J. Clark | Najee. Muhammad N.M #40 |
| ✓ J. Banda | D. Chrappa DC #148 | M. Matamoros M.M. #91 |
| ✓ Alyas Shabazz AmBS #12 | K. Hargrove K.H. 188 | T. Mason T.M. #472 |
| M. Avy | W. Paulk WP206 | J. Martinez J.M. 484 |
| MA 56 M. Auxer RA 055 | T. Parker J.M.P. | A. Martinez A.M 627 |
| ✓ C. Austin C.A. #326 | W. Palmer WP 470 | N. Martin NM 500 |
| ✓ B. Austin BA 192 | G. Pagan | ~~F. Rodriguez~~ |

| | | |
|---|---|---|
| ✓ J. Aruanno J.A. | J. Overby | ~~A. Rodriguez~~ |
| ✓ M. Artis MA 800 | I. Otero I.O. 132 | B. Rockhill R 550 |
| ✓ W. Anderson W.A 179 | M. Ortiz OR 15 | R. Roberts RR 3666 |
| B. Alves RA 058 | B. Ortiz B46 | S. Rivera Santos-Rivera |
| ✓ M. Alford MA 619 | W. Orsini WO 557 | M. Ridley MR 151 |
| ✓ S. Adams S.A. 543 | L. Oliver L.O. | T. Riddles TR 13 |
| K. Higgins KH 176 | R. O'Bara | M. Richter MR 154 |
| ✓ H. Heuser HW 38 | F. Nunnmacher FN297 | D. Richards |
| ✓ C. Heidt C.H. 272 | B. Norcross Bn | T. Rice TR 10 |
| ✓ L. Pope LP #434 | A. Nieves A.N. | A. Boyd AB 437 |
| P. Thuck 419 | ~~~~ | W. Giffins W.G. 436 |
| ✓ R. Pines R.Pines 376 | T. Newby | J. Wheeler JW #40 |
| M. Hatcher | M. Nero #406 M.N. | M. Giarraffa MG #314 |
| ✓ D. Coffey DC 591 | J. Nelson | F. Bostic FB 405 |
| ✓ E. Coker EC | A. Neal A.N. 666 | L. Bass LB 2204 |
| | | C. Randolph #423 |

1

# Seton Hall Law
## Center for Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| G. Sigman | DURAN JSD 603 | |
| J. Shepperson JS 611 | WALDRON RW 248 | |
| M. Shvagn 576 | Rodriguez, A. | adalto Rodriguez 190 |
| C. Saunders | Rodriguez T. TR 254 | |
| V. Sanford 32 | | |
| J. Sanchez JS 58 | | |
| C. Sanchez C.S. 604 | | |
| J. Salkowski | | |
| F. Salerno | | |
| K. Davis KD 129 | | |
| J. Hothouse JPH 292 | MH #402 | |
| M. Holten | | |
| W. Diaz WD | | |
| M. Diaz | MD 590 | |
| G. Delgado | | |
| R. Deavers RD 603 | | |
| R. Dare RD 551 | | |
| P. Curley PC 500 | | |
| P. Cunningham PAC 159 | | |
| M. Culbreth 189 | M Culbreth | |
| E. Cruz | E Cruz | |
| R. Cottrell | | |
| D. Cottrell Jr DC 492 | | |
| J. Corrigan JC 623 | | |
| B. Hudson 541 | Benjamin Hudson | |

1

Seton Hall Law
Center of Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| E. Vega EVega | K. Bell K.B. 420 | C. Moss CMoss |
| L. Copeland LC | A. Bearfield A.B. 593 | G. Morales 195 |
| K. Scott K.S. 568 | R. Delancey RD 130 | W. Moore WM 35 |
| D. Sessoms DS 261 | D. Beacher DB 464 | L. Moon LM 267 |
| C. Schlobohm CS 460 | J. Caufford JC 602 | V. Moody VM 195 |
| R. Schemella RS 442 | A. Hardymon 461 A.Hardymon | D. Mitchell DM 502 |
| S. DeGarcia 498 | A. Hardin AH 328 | T. Milberger TM 57 |
| R. Ramos | G. Carrasco GC 14 | R. Meyers R.M. 092 |
| R. Ramos RR 252 | C. Carter CC 607 | J. McNair 501 |
| J. Holley JH 550 | R. Halulko RH 479 | S. McDonald SM 30 |
| R. Hill R.H. 393 / 2002 | D. Carson D.C. #000016 | C. McCullers CM |
| M. Bordo JCW | L. Carbone LC 413 | W. McCourt WMC 342 |
| H. Bondurant HB 389 | L. Gregory | C. McDoud CMC #463 |
| R. Bond RB 568 | G. Greenfield | D. McCann DMcC 42 |
| D. Bohac | P. Carbonaro PC 612 | L. Matthews LM 520 |
| C. Boggs CB 613 | C. Greene CG 445 | D. Graves DG 59 |
| C. Blue CeriaBlue #01 | J. Buthea JB 240 | M. Brosz Brosz 604 |
| J. Belton JB 180 | L. Phillips LP 501 | A. Grant AH 111 |
| V. Bell VB 609 | J. Petiford | R. Graham RG #083 |

1

# Seton Hall Law
## Center of Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| R. Marcum RM#144 | T. Keeler TK 282 | A. Yancey AY 535 |
| C. Manasco CM#106 | C. Joyner CJ 118 | C. Randolph CR 423 |
| F. Malson FM 388 | B. Tenca #390 | K. Wynne KW 67 |
| G. Gaffney GG 570 | L. Jones J 34 | T. Wormley |
| D. Frey | M. Johnson MJ 318 | L. Woodson LW 28 |
| A. Freeman | B. Jennings | C. Walker CW #185 |
| A. Lowers Lowers 117 | L. Jenkins LJ 294 | K. Williams 549 K.W |
| M. Lorenzo ML 79 | S. Jefferson SJ 273 | R. Wilkens RW-600 |
| Alan Freeman AF 584 | C. Farmer CF #577 | R. Wildman RW 088 |
| B. Lindsey BL #455 | R. Wilson | L. Swift 528 |
| L. Fitzpatrick LF #25 | H. Evans HE 509 | B. Westerman |
| B. Youngking | R. Epps RE 408 | T. Traylor |
| R. Lewis RL 45 | T. Ellison TE 610 | C. Swanson 52 |
| R. Lettera RL 435 | M. Ellison ME 230 | R. Walters RW 221 |
| J. Leitch | J. Edwards 225 JE | J. Suarez JS 569 |
| E. Layton EL 18 | T. Echols TE 620 | J. Walls JW |
| R. Knight RK 280 | R. Dworkin RD #757 | J. Walsh JW 380 |
| L. Knight LK #382 | S. Williamson SW 57 | D. Strube 39 |
| B. Kleiman | L. Rey NOT HERE | K. Tinsley 363 |
| J. Fratinardo | N. Williams NW 86 | E. Strozier ES 596 |
| K. Kinte #387 | R. Reed RR 287 | W. Wall 620 |
| T. Kinkan TK 550 | W. Young WY #34 | L. Strong |
| S. King SK | P. Young PY 279 | J. Walker 168 |
| A. Foose AF 303 | R. Randolph RR 226 | S. Wilson SW 210 |
| J. Keith JK 23 | D. Yarnell DY 482 | J. Simons 0316 |

Seton Hall Law
Center of Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| D. Goodman SG | T. White | S. Ireland |
| E. Brown 578EB | K. Williams KW | R. Hurd-R.H. 0327 |
| P. Gonzalez PG555 | W. Wishart WW-85 | D. Horinka D.H. |
| Charlie Brown C.B. 605 | H. Wahiron | W. Cruz |
| R. Brooks R.B | G. Stokes GS 522 | M. Crothers |
| T. Glover T.G. 396 | T. Thomas 114 | E. Croteau |
| A. Lampley 341 | K. Stahl KS 231 | R. Cross R.C. 444 |
| K. Fletcher KF 212 | E. Velez E.V. 71 | E. Cooper E.C 193 |
| M. Jones MJ | M. Taylor M 626 | M. Creveling MC 061 |
| T. Flanagan 371 | F. Vasquez | W. Craft W.C |
| F. Sanchez | P. Vaughn | D. Connerton D.C. |
| J. Willamson | R. Tweed | J. Conn |
| J. Reynolds | D. Tarby DT 411 | J. Conkright |
| G. Zielinski | R. Smith #8 | T Williams - 152 |
| T. Williams TW #131 | D. Solowey | Solowey |
| J. Zalazar refused | E. Talbert ET | |
| D. Wolfe DW #61 | D. Snow DS 76 | |
| L. Swanson LS 258 | G. Smith GS 022 | |
| C. Webb CW 497 | S. Simmons 211 | |

1

Seton Hall Law
Center for Social Justice
Alves Settlement Materials
Date: 4-11-12

| | | |
|---|---|---|
| G. Zimmer  624 | E. Vergn EN 499 | K. Siegle  336 |
| P. Winthrop P.W 427 | F. Tenner JJ 409 | M. Simels  443 |
| T. Stramiello  424 | E. Dunlap A.D. 410 | R. Shelton R.Sh. 924 |
| E. Stateman ES | J. Durant | A. Shelton AS 307 |
| K. Stanhope KS 581 | F. Dubose F.D. 200 | A. Shabazz |
| B. Spatfore B.S. 65 | D. Dressler | J. Sarboukh  24 |
| S. Spada  518 | G. Dooley | ~~Schmeltz~~ |
| F. Reyes | D. Donnally  347 | D. Mcdonald PM 508 |
| S. Rusinski | ~~E. Dunlap~~ | ~~M. McCullough~~ |
| L. Williams LW.1251 | A. Dismukes AD | D. Marino DM 19 |
| O. Tripoli O.T. | J. Dellastritta SAN-Francis | J. Stephen JAFFE 418 |
| C. Turner CT 182 | R. Delancey | D. Rush DR 466 |
| R. Triboletti P.T 232 | J. Pegaglia JP | G. Rogers KJ 46 |
| M. Traylor M.T. 142 | K. Jackson | R. Bota B.B. 371 |
| R. Tirpak RT 368 | K. Hunter K.H. 488 | J. Geere JG 32 |
| H. Toman HT 018 | R. Smith #3 | A. Gayle 487 |
| J. Tilman JT 052 | J. Smith  450 | M. Cantrell N.C. 301 |
| D. Wall BW 119 | T. Simpson TS 99 | K. Caldwell K.C. 428 |
| T. Waite JW 345 | Na. Shakur N.S. 214 | J. Green Green 51 |
| Lamb J. L543 | B. Ivory 401 | Riley ~565 |
| Carby 517 | Kenneth Peter KJ 256 J.R. | |

Seton Hall Law
Center of Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| A. Borden AB324 | R. Neukirk #255 | R. Rodriguez |
| C. Benjamin 491 CJB | J. Neal JN 253 | C. Rodriguez RR |
| D. Baicus 227 DB | J. Neal SN 104 | D. Robinson |
| B. Balwin BB 489 | Abdus Muslim MM49 | C. Rivera AR 34 |
| D. Balwin REFUSE | J. Marra | L. Reynolds |
| L. Bailey LB 562 | K. Morton KM | C. Traylon M378 |
| D. Bailey D.B. 056 | M. Moody MM 486 | Ray Smith 307 |
| R.B. 300 Bagarozy | W. Motone | W. Treggett W.T.39 |
| R. Arnold RA192 | D. | K. Seter SIGNED |
| J. Aitchinson | R. Minatee | R.L. Fisker R.L.F. 380 |
| J. Acevedo | L. M. Ne Lm 299 | R.J. Fisher Rebecca |
| S. Abdul SA311 | H. Miller 284 | C. Ferrara CF |
| C. Peters CP 141 | G. Milled BM 123 | J. Feliciano |
| C. Perro 28 | W. Conover WC 149 | E. Wilson EW 576 |
| R. Perez 157 | Y. McLeod YM 42 | J. Fears J.F. 601 |
| M. Pete MP 567 | T. McKeon TM 009 | J. Elchin |
| C. Patrick CP516 | R. McGarr LM072 | M. Elam Milton 2 |
| J. Pasture | P. McDonald | M. Gargiulo MG 23 |
| J. Nunez | Maldo 364 | H. Garcia SIGNED |
| Chapman DC 048 | M | |

1

Seton Hall Law
Center of Social Justice

Date: 4-11-12

| | | |
|---|---|---|
| J. Howard JH 53 | Kuzno J.K. #340 | Cash REC #30 |
| Hungi K.H 437 | Kogle J.K. #357 | Carter Charlie Cart 170 |
| Holmes P.H 146 | Big Med 349 | Haines CH 184 |
| Becker AD 135 | Rackey BLR 061 | T Hill T.H. 361 |
| J. Davis 174 | Quick RQ 326 | Grocin #538 |
| D. Davis | Flynn MF 525 | McGuire #598 |
| Damico JD 544 | J. Quinlan | L. Mathews LM 526 |
| Cubi SC 365 | A. Quinones AQ 411 | M. Jones M.J. 599 |
| Cowles | H. Higgley H.H. 299 | F. Vasquez FV 53 |
| Cavell TC 021 | Heston E.H 402 | M. Avy MA 85 |
| Cottrell Darrell | Henry JH 357 | B. Yangkin B.Y. 591 |
| Cossahvon | Henderson J.H 241 | R. Wilson RW 597 |
| Cutter EC 154 | Proullach RP 362 | G. Sigman GS 329 |
| Tazwell V.T. 504 | P. Case JP 67 | E. Salerno ED 188 |
| Sparrow W.S H03 | Hatch M 291 | RW |
| Vanino V.V. 136 | Colon A. Colon 00036 | Pagan GP 617, 45 |
| Vandepool MV 310 | Clingfr 537 | Delgado |
| Taylor CT 378 | S Haggerve #392 | Saunders C 145 |
| Johnston 525 | Castro BC H40 | E. Cooper |

1

Seton Hall Law
Center of Social Justice

Date: 4-11-12

- W. Burden WWB490
- G. Green JG 523
- M. Gray M M 425
- H. Bundy REFUSED
- P. Brown P.B 4M
- L. Brown L.Bro 312
- D. Haggerty [signature]
- R. Gunn UNABLE
- S. Grohs JS 594
- J. Greene [signature]

- D Lopez JL 150
- C. Lopez CL 413
- R. Lockerson RL 322
- G. Goscick J.J 027
- F. Brown F.B 321
- L. Gonzalez LG 977
- L. Brooks 48517
- E. Fredricks [signature]
- R. Smith RS 307
- P. Lewis PL 250
- V. Russo VR 532