# EXHIBIT D

TIMELY OBJECTIONS FROM OR ON BEHALF OF CLASS MEMBERS

| Last Name | First Name | Resident # | Key Issue(s) Raised | Remarks |
|---|---|---|---|---|
| Abdullah | Hakeem | 311 | Form Letter D | |
| Acevedo | Victor | 25 | Form Letter D | |
| Alves | Raymond | 58 | Form Letter F | Mr. Alves is a class representative. |
| Anderson | William | 179 | Form Letter B | |
| Aruanno* | Joseph | 363 | Class Reps DOC Issues Damages Form Letter A | Mr. Aruanno sent three separate communications dated 4/15, 5/4, and 5/9. |
| Auxner | Michael | 561 | No More Therapy | |
| Bagarozy* | Richard | 360 | Form Letter A | Mr. Bagarozy attached exhibits, including prior correspondence with Ian Marx, Esq. and portions of his treatment file. |
| Bailey* | Darrick | 56 | Form Letter A | |
| Banda | John | 351 | Form Letter C Commitment Individual Issues | Mr. Banda sent two separate communications dated 4/16 and 5/2. |
| Bell | Kenneth | 430 | Form Letter C | Mr. Bell's objection was dated 5/16 but postmarked 4/19 and therefore timely. |
| Bell | Vasco | 609 | Form Letter D | |
| Bondurant | Howard | 384 | Form Letter G | |
| Borden | Albert | 339 | Form Letter D | |
| Bordo | Michael | 2 | Form Letter B Form Letter C | Mr. Bordo sent in two separate communications, one dated 4/16 and one undated but timely received. |
| Bota | Robert | 371 | Form Letter D | |
| Brooks* | Lamont | 317 | Form Letter D | |
| Brooks | Ramano Troy | 511 | Form Letter C | |
| Brown | Charlie | 605 | Commitment Individual Issues | |
| Caldwell | Keith | 428 | Form Letter D | |
| Cantrell | Micahel | 301 | DOC Issues Halfway Houses | |
| Carson | David | 16 | Individual Issues No More Therapy | Mr. Carson sent in two separate (but similar) communications dated 4/27 and 5/7. |
| Castro | Benito | 440 | Form Letter D | |
| Chapman | Donald | 48 | Form Letter D | |
| Cline | James | 537 | Form Letter D | |
| Colon | Alberto | 36 | Form Letter D | |
| Conover | William | 449 | Class Reps DOC Issues | |
| Corteze | Emmanuel | 154 | Form Letter D | |
| Creveling | Mark | 161 | Becker Report | |
| Cross | Richard | 444 | Form Letter B | |
| Cruz | Eric | 14 | Form Letter C Form Letter G | Mr. Cruz sent in two separate communications dated 4/11 and 4/26. |
| Cunningham | Philip | 159 | Form Letter C DOC Issues Individual Issues | Mr. Cunningham sent in two separate communications, one dated 5/9 and a second, unsigned, postmarked 5/10. |
| D'Amico | Joseph | 544 | Form Letter D | |
| Davis | Jason | 208 | Becker Report Halfway Houses Individual Issues | |
| DeGaglia | Johnny | 113 | Form Letter D | |
| Delgado | Gamaliel | 451 | Form Letter A | |

Page 1

TIMELY OBJECTIONS FROM OR ON BEHALF OF CLASS MEMBERS

| Last Name | First Name | Resident # | Key Issue(s) Raised | Remarks |
|---|---|---|---|---|
| Diaz | Wilfredo | 4 | Form Letter C<br>Form Letter B | Mr. Diaz sent in two separate communications, one dated 4/20 and one undated but timely received. |
| Dressler | David | 381 | No Specifics | |
| Dubose* | Fredrick | 200 | Class Counsel<br>Becker Report<br>Halfway Houses | |
| Dunlop | Edward | 410 | Form Letter D | |
| Elchin *** | Joseph | 503 | Class Reps<br>Class Counsel<br>DOC Issues | |
| Ellison | Mack | 230 | Form Letter B<br>Form Letter E | Mr. Ellison sent two separate communications, one dated 4/17 and one undated but timely received. |
| Ernest | Wilson | 536 | Form Letter D | |
| Farmer | Carlos | 513 | Form Letter B | |
| Flanagan | Thomas | 372 | Form Letter B | |
| Freeman | Anthony | 545 | Form Letter B | |
| Frey | David | 138 | DOC Issues<br>Distrust of Staff | Mr. Frey sent two separate communications, one offering his appreciation dated 4/8 and a second, objecting to the settlement, dated 4/25. |
| Gayle | Allington | 487 | Form Letter D | |
| Gonzalez | Leonardo | 77 | Form Letter D | |
| Goodman | Daniel | 558 | Commitment<br>DOC Issues<br>Becker Report | |
| Graham | Rafieek | 83 | Form Letter B<br>Halfway Houses<br>Individual Issues | Mr. Graham sent two separate communications, one dated 4/11 and one undated but timely received. |
| Graves | Dion | 529 | Form Letter B<br>Distrust of Staff<br>DOC Issues | |
| Green | Glenn | 523 | Halfway Houses<br>Release | |
| Greenfield | Gilbert | 375 | Form Letter F | |
| Haggerty | David | 102 | Release<br>Halfway Houses<br>Damages | |
| Haines | Charles | 184 | Form Letter D | |
| Haluka | Ronald | 479 | Halfway Houses | |
| Harrell* | Walter | 354 | Form Letter B<br>Main<br>Becker Report<br>Commitment | |
| Hasher* | Michael | 348 | Class Reps<br>Halfway Houses | Mr. Hasher filed a motion to amend on 4/14; per court order, motion is treated as a timely objection. |
| Henry | John | 357 | Form Letter D | |
| Heston | Charlton | 402 | Form Letter D | |
| Hill | Tyrone | 361 | Becker Report<br>Damages<br>Release | |
| Homsi | Kaldoun | 433 | Form Letter D | |

TIMELY OBJECTIONS FROM OR ON BEHALF OF CLASS MEMBERS

| Last Name | First Name | Resident # | Key Issue(s) Raised | Remarks |
|---|---|---|---|---|
| Horinka | Dennis | 128 | Form Letter E<br>Becker Report<br>Halfway Houses<br>Release | Mr. Horinka sent in two communications, both dated 4/17. |
| Howard | James | 53 | Becker Report<br>Release | |
| Hudson | Benjamin | 541 | Form Letter C | |
| Johnston | Louis | 525 | Form Letter D | |
| Keeler | Thomas | 282 | Form Letter B | |
| King | Mark | 349 | Form Letter D<br>DOC Issues<br>Halfway Houses | |
| Kinte | Kunta | 289 | Form Letter B<br>Form Letter C | Mr. Kinte sent in two separate communications, one undated by timely postmarked and one dated 4/18. |
| Knight | Leroy | 382 | Form Letter B | |
| Lindsey | Brian | 455 | Individual Issues<br>Main<br>Release | |
| Lowers | Anthony | 117 | Distrust of Staff | |
| Malde* | Bharat | 354 | Form Letter A<br>Form Letter D | Mr. Malde sent in two separate communications dated 4/18 and 4/19. |
| Manasco | Charles | 106 | Form Letter E<br>Individual Issues<br>Damages<br>Distrust of Staff | |
| Marcum | Roy | 144 | Becker Report<br>Distrust of Staff | Mr. Marcum states that his original objection letter was returned to him for insufficient postage; a second copy was timely received. |
| McCloud | Calvin | 463 | Main<br>DOC Issues<br>No More Therapy | Mr. McCloud sent in two separate communications dated 4/13 and 4/21. |
| McCullers | Cleveland | 259 | Individual Issues<br>Main<br>No More Therapy | |
| McDonald | Douglas | 508 | Form Letter A<br>Commitment<br>DOC Issues | |
| McDonald | Sandy | 304 | Individual Issues | |
| McKeen | Thomas | 9 | Halfway Houses | |
| McLeod | Yank | 452 | Form Letter D | |
| Meyer | Robert | 97 | | Mr. Meyer objects to certain provisions of the settlement agreement and agrees with others. |
| Miller | Larry | 299 | Form Letter A | |
| Minatee* | Douglas | 20 | Damages<br>Halfway Houses<br>DOC Issues | Mr. Minatee sent in two separate communications dated 4/14 and 4/15. |
| Mladenovic | Dejan | 283 | No Specifics | |
| Moody | Victor | 199 | DOC Issues<br>Release | |
| Moon | Leonard | 267 | Form Letter B | |
| Moore** | William | | Individual Issues | Objection was sent in by counsel on behalf of Mr. Moore. Mr. Moore's fiancée Maryann Hysler also sent in an objection. |
| Morton | Kenneth | 95 | Form Letter D | |

Page 3

TIMELY OBJECTIONS FROM OR ON BEHALF OF CLASS MEMBERS

| Last Name | First Name | Resident # | Key Issue(s) Raised | Remarks |
|---|---|---|---|---|
| Murray | Joseph | 330 | Form Letter D | |
| Muslim | Abdus | 49 | Form Letter D | |
| Nash | Ronald | 191 | Form Letter B | |
| Neely | George | 253 | Distrust of Staff | |
| Nunez | Jose | 446 | Form Letter D | |
| Oliver*** | Lorenzo | 512 | Halfway Houses Release | |
| Ortiz | Benjamin | 476 | Halfway Houses Release | |
| Patrick | Carlton | 516 | No Specifics | |
| Pepe | Mark | 567 | Form Letter C | |
| Peters* | Charles | 141 | Halfway Houses | |
| Pines | Robin | 376 | Halfway Houses | |
| Proudlock | Russell | 362 | Form Letter D | |
| Quick | Robert | 325 | No Specifics | |
| Quinones | Arnold | 411 | Form Letter D | |
| Racey | Brian | 61 | Form Letter D | |
| Ramos | Ramoncito | 521 | No Specifics | |
| Reed | Robert | 287 | Form Letter E | |
| Reyes | Francisco | 288 | Form Letter A | |
| Richards | Daniel | 155 | Form Letter B / Class Counsel / Becker Report / DOC Issues | |
| Riddles | Tony | 13 | Form Letter B | |
| Ridley | Michael | 134 | Form Letter B / Becker Report / No More Therapy / Distrust of Staff | Mr. Ridley sent in two separate communications, one undated but timely received and one dated 4/18. |
| Rivera | Gliden | 370 | Form Letter C | |
| Rivera | Santos | 110 | Halfway Houses / Commitment | Mr. Rivera sent in two separate communications dated 4/11 and 4/15. |
| Roberts* | Rodney | 366 | Form Letter C | |
| Rodriguez | Christopher | 458 | Form Letter D | |
| Salerno* | Edward | 188 | Form Letter C / Class Reps / DOC Issues | Mr. Salerno sent in two separate communications dated 4/11 and 4/16. |
| Sanchez | Frank | 387 | Form Letter C | |
| Sanchez | Jhon | 587 | Form Letter B / Individual Issues | |
| Sanford | Vincent | 132 | Form Letter C | |
| Saunders | Charles | 145 | Form Letter D | |
| Schemila | Robert | 442 | Form Letter B | |
| Sessoms | Derrick | 261 | No Specifics | Mr. Sessoms is a class representative. |
| Shabazz | Abdul-Khaliq | 534 | Form Letter D | |
| Siegle* | Karl | 338 | DOC Issues / Halfway Houses | |
| Sigman | Gary | 324 | Distrust of Staff / Commitment | |
| Smith | Rayford | 307 | Class Counsel / DOC Issues / Commitment | |
| Smith | Gerry | 22 | Form Letter B | |
| Snow | David | 76 | Form Letter C | |
| Solowey | Donald | 92 | No Specifics | |
| Strong | Larry | 421 | Form Letter B | |

Page 4

TIMELY OBJECTIONS FROM OR ON BEHALF OF CLASS MEMBERS

| Last Name | First Name | Resident # | Key Issue(s) Raised | Remarks |
|---|---|---|---|---|
| Strube | Daniel | 397 | Form Letter C | |
| Swanson | Leonard | 258 | Main<br>DOC Issues<br>No More Therapy | |
| Talbert | Edward | 246 | Form Letter B | |
| Taylor | Carl | 378 | No More Therapy<br>Halfway Houses | |
| Taylor | Marvin | 626 | Form Letter B | |
| Tenner | Frederick | 409 | Becker Report<br>Halfway Houses | |
| Thomas | Thaddeus | 114 | Form Letter B<br>Commitment<br>Halfway Houses | Mr. Thomas sent in two separate communications dated 4/11 and 4/20. |
| Tinsley | Russel | 563 | Form Letter B<br>Individual Issues | Mr. Tinsley sent in two separate communications dated 4/13 and 4/17. |
| Traylor | Terry | 224 | Form Letter B<br>DOC Issues | |
| Turner | Charles | 182 | Commitment | |
| Vanino | Frederick | 136 | Form Letter D<br>DOC Issues | |
| Vazquez | Federico | 579 | Form Letter D | |
| Vega | Emmanuel | 80 | No Specifics | |
| Verga | Eric | 499 | No More Therapy<br>Main | |
| Waite | Terrance | 395 | Form Letter D | |
| Waldron* | Ralph | 343 | Form Letter C | |
| Walker | Clint | 185 | Form Letter B | |
| Walls | Joseph | 412 | Form Letter B | |
| Walters | Royal | 221 | Form Letter C | |
| Williams | Kevin | 549 | Form Letter C | |
| Wilson | Samuel | 210 | No Specifics | |
| Winthrop | Paul | 427 | DOC Issues | |
| Woodson | Leon | 28 | DOC Issues<br>No More Therapy | |
| Wormley | Terry | 547 | Form Letter B | |
| Young | Norris | 37 | Form Letter B<br>Form Letter C | |
| Zimmer | George | 624 | DOC Issues | |
| | | | | Key<br>* Represented by Greenberg Traurig<br>** Represented by Furlong and Krasny<br>*** Represented by Neil Weisner |