# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | **USPO & COURTHOUSE** |
| **MARK FALK** | **1 FEDERAL SQ., ROOM 457** |
| **UNITED STATES MAGISTRATE JUDGE** | **NEWARK, NJ 07101** |
| | **(973) 645-3110** |

July 2, 2012

**Via ECF**
Jack Furlong, Esq.
Furlong & Krasny
Mountain View Office Park
820 Bear Tavern Road
Suite 304
West Trenton, New Jersey 08628

> **Re:** **Alves, *et al.* v. Ferguson, *et al.*, 01-789 (DMC)**

Dear Mr. Furlong:

The Court is in receipt of correspondence from you stating that: (1) you are entering your appearance in this matter on behalf of two plaintiffs, William Moore and Maryann Hysler; (2) your clients would like a "pending" motion for summary judgment decided; and (3) your clients have not agreed to the settlement of their claims.

As you know, your clients' claims, which were previously pending under the caption Moore v. Brown, 05-2179 (JLL), have been consolidated with numerous other cases relating to the New Jersey Sexually Violent Predator Act, N.J.S.A. 30:4-27.24, *et seq.* ("NJSVPA"), under the lead docket captioned above. Despite the consolidation of your clients' case having occurred in 2007 (five years ago), you do not appear to have been an active participant in many of the conferences scheduled on the Court's docket. From the text of your letter, it

appears this may have been, at least in part, due to some logistical problem with the Court's electronic CM/ECF system. At the same time, it is the Court's understanding that you were aware of the pendency of this action.

At the present time, as you are now aware, District Judge Cavanaugh has certified a class "of all persons who are committed or confined pending commitment to the New Jersey Special Treatment Unit pursuant to [the NJSVPA]." (Order dated April 4, 2012; CM/ECF No. 158.) Judge Cavanaugh has also found that the settlement is "preliminarily approved as fair, reasonable and adequate subject to further consideration by this Court." (Id.) Class counsel has been appointed. A fairness hearing is scheduled for August 6, 2012. The parties are to scheduled to file a brief on the fairness and adequacy of the settlement by July 13, 2012. Notice of the class action settlement has been mailed, and the process for filing objections to the settlement are contained in that Notice. You should be guided accordingly.

As to your request relating to a motion for summary judgment on your clients' supposedly "distinct" claims "for deprivation of their rights to marry and to exercise religious liberty," you should be aware that no such motion is actively pending on the Court's docket. While this motion may have been filed prior to consolidation, it is not an active motion on the District Judge's motion calender. To the extent any party wishes to pursue this motion, it should be re-filed immediately. In the event there are in fact "distinct" claims that are not covered by the proposed settlement—which is not clear to this Court—counsel are hereby placed on notice that the Court would consider a severance of such claims at the appropriate time. See Fed. R. Civ. P. 21.

I trust that this responds to your inquiry.

Very truly yours,

s/Mark Falk
**MARK FALK**
**United States Magistrate Judge**

cc:  Honorable Dennis M. Cavanaugh, U.S.D.J.
     All Counsel of Record (*Via CM/ECF*)