| | |
|---|---|
| Barbara Moses | Jeffrey S. Chiesa |
| *Admitted Pro Hac Vice* | *Attorney General of New Jersey* |
| Sarah Turk | Susan J. Dougherty |
| *Legal Intern, D.N.J.L. Civ. R. 101.1(h)* | *Deputy Attorney General* |
| Jennifer Vasquez | David L. DaCosta |
| *Legal Intern, D.N.J.L. Civ. R. 101.1(h)* | *Deputy Attorney General* |
| **SETON HALL UNIVERSITY** | **NEW JERSEY DIVISION OF LAW** |
| **SCHOOL OF LAW** | R.J. Hughes Justice Complex |
| **CENTER FOR SOCIAL JUSTICE** | 25 Market Street, 8th Floor |
| 833 McCarter Highway | P.O. Box 112 |
| Newark, New Jersey 07102 | Trenton, NJ  08625 |
| (973) 642-8700 | (609) 341-3689 |

Lawrence S. Lustberg   *Attorneys for Defendants*
Jonathan M. Manes
*Admission to D.N.J. Pending*
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND ALVES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERILL MAIN, Ph.D., et al.,<br><br>Defendants. | *ORAL ARGUMENT REQUESTED*<br>*Motion Day:  September 25, 2012*<br><br>No. 01 Civ. 0789 (DMC) (MF)<br>(Consolidated)<br><br>**NOTICE OF MOTION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, by and through the undersigned Class Counsel, and Defendants, by and through their undersigned counsel of record, will and they hereby do jointly move this Court, before the Honorable Dennis M. Cavanaugh, in Courtroom 4

of the U.S.P.O. & Courthouse Building, Newark, New Jersey, on the 25th day of September, 2012, or as soon thereafter as the matter may be heard, for an **ORDER** pursuant to Rule 23 of the Federal Rules of Civil Procedure:

    (1)    Approving the settlement ("Settlement") entered into by the Plaintiffs and the Defendants (collectively the "Parties") and memorialized in their February 3, 2012 Settlement Agreement, as modified by the July 19, 2012 Settlement Agreement Addendum (collectively the "Agreement"), as fair, reasonable and adequate;

    (2)    Appointing an independent Monitor, in accordance with the Agreement, to oversee Defendants' compliance with its terms;

    (3)    Awarding the Center for Social Justice at Seton Hall University School of Law the sum of $78,000 in attorneys' fees as negotiated by the Parties; and

    (4)    Conditionally dismissing this action, in accordance with the Agreement, with the case to remain on the Court's inactive docket during the term of the Agreement.

In support of their joint motion, the Parties will rely upon the accompanying Memorandum of Law; the Declarations of Baher Azmy, David L. DaCosta, Merrill Main, Ph.D., and Barbara Moses, all of the pleadings and other documents on file in this action; all matters of which the Court may or must take judicial notice; and such argument as the Court may entertain.

Dated: July 20, 2012
       Newark, New Jersey

                                  Respectfully submitted,

**SETON HALL UNIVERSITY SCHOOL OF LAW CENTER FOR SOCIAL JUSTICE**
833 McCarter Highway
Newark, New Jersey 07102
(973) 642-8700

*and*

**GIBBONS P.C.**


By: /s/ Lawrence S. Lustberg
    Lawrence S. Lustberg
    One Gateway Center
    Newark, New Jersey 07102
    (973) 596-4500

    *Attorneys for Plaintiffs*

**NEW JERSEY DIVISION OF LAW**


By: /s/ David L. DaCosta
    David L. DaCosta
    R.J. Hughes Justice Complex
    25 Market Street, 8th Floor
    P.O. Box 112
    Trenton, NJ  08625
    (609) 341-3689

    *Attorneys for Defendants*