## Certification of Service

The undersigned hereby certifies that he served copies of the Notice of Motion, Memorandum of Law in Support of Joint Motion for Final Approval of Settlement, the Declaration of Barbara Moses, including accompanying exhibits, the Declarations of Baher Azmy, David DaCosta, and Merrill Main, and the Proposed Order, upon all parties in this litigation, including all consolidated plaintiffs and defendants. Counsel for all represented parties were served electronically by operation of the Court's CM/ECF system on July 20, 2012, and the following consolidated plaintiffs were sent paper copies by first class mail on June 20, 2012:

Michael Hasher
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Joseph Aruanno
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Ronald Nash
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Richard Bagarozy
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Thaddeus James Thomas
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Robert Deavers
Special Treatment Unit
East Jersey State Prison
8 Production Way, CN-905
Avenel, NJ 07001

Jonathan M. Manes
Gibbons P.C.
One Gateway Center
Newark, NJ  07102
(973) 596-4500