**FURLONG AND KRASNY**
**ATTORNEYS AT LAW**

**John S. Furlong**                                                                                              **Telephone**
*Certified by the New Jersey Supreme Court as a*                                                  *609.882.0288*
*Criminal Trial Attorney*
jfurlong@furlongandkrasny.com

**Scott A. Krasny**                                                                                              **Facsimile**
*Certified by the New Jersey Supreme Court as a*                                                  *609.883.2551*
*Criminal and Civil Trial Attorney*

December 18, 2012

Honorable Mark Falk, U.S.M.J.
US Post Office and Courthouse
1 Federal Square, Room 457
Newark, NJ 07101

           RE:    *Moore, et al., v. Brown, et al.*
                    *Docket No. 05-2179*

                    *Alves v. Ferguson, et al.*
                    *Docket No. 01-789 (DMC)*

Your Honor:

      Further on my letter of December 11, 2012, I have attached for consideration a proposed order reinstating Mr. Moore's cause of action to the active docket, for the purpose of resolving the outstanding motion to dismiss filed by defendants. By copy of this letter I invite the Attorney General to advise the Court of any objections to form.

      Thank you for your attention to this request.

                                                  Respectfully,

                                                  /s/ J.S. Furlong

                                                  JOHN S. FURLONG

JSF/j
Cc:    All counsel via ECF

_____

Mountain View Office Park
820 Bear Tavern Road, Suite 304
West Trenton, New Jersey
08628