UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RAYMOND ALVES, et al. | : | 01-Cv.-789 (DMC) |
| Plaintiffs, | : | |
| | : | |
| V. | | ORDER REINSTATING ACTION |
| | : | |
| | : | |
| GAIL FERGUSON, et al., | | |
| | : | |
| Defendants. | | |
| | : | |

THIS MATTER having been opened to the Court on the application of Maryann Hysler and William Moore, Plaintiffs in this matter as a result of the consolidation of a separate action, entitled *Moore et. al. v. Brown, et al*., Docket No.05-2179, for leave to reinstate those causes of action not otherwise addressed in the settlement entered in the captioned action, and the Court having found that causes of action not so addressed are entitled to proceed as the parties may pursue to resolution, and the Court further finding that plaintiffs and defendants under Docket No. 05-2179 had fully briefed a motion to dismiss or alternatively for partial summary judgment (Document 16) addressing those claims unique to these plaintiffs, which motion was not decided prior to entry of the Order of Consolidation, and for good cause shown,

IT IS ON THIS       day of              , 201

ORDERED that the matter of *Moore v. Brown*, Docket No. 05-2179 be and hereby is reinstated to the active docket, and it is further

ORDERED that the matter shall be assigned by the Clerk of the Court for the purpose of resolving any outstanding motions and taking such further action consistent with the Rules of Civil Procedure as is necessary in the interests of justice.

_____
HONORABLE DENNIS M. CAVANAUGH,
UNITED STATES DISTRICT JUDGE