MICHAEL HASHER, et al. v. MERRILL MAIN, et al.
U.S. District Court No. 07-1212
consolidated with,
ALVES v. MAIN, et al.

RECEIVED
APR 1 5 2014
AT 8:30
WILLIAM T. WALSH, CLERK

"MOTION TO REINSTATE"

March 31, 2014

Mr. Joseph Aruanno #363
Special Treatment Unit
8 Production Way
PO Box 905
Avenel, NJ   07001

*

Dear Honorable Judges:

   Please accept this letter brief in lieu of a more formal petition since plaintiff Joseph Aruanno, and other Plaintiffs, are pro se. Compounded by the fact that as key issues in this case make clear the defendants deny us access to a law library, etc., to be able to properly and fairly litigate; deny us access to any meaningful employment, and/or none at all, which prevents Plaintiffs from being able to afford to litigate, etc.; have engaged in retaliation for the litigation including violence and bloodshed which have many limited mentally, physically, etc., and which is also key issues in this case.

   Also as this case makes clear it was consolidated with another case, "ALVES", District Court No. 01-789, where we were forced to file this case due to all of the undue delay of ALVES and the failed case it became because of all the continuing harm that was permitted by the court.

   Then to compound that all these years later the court[s], including the Third Circuit Court of Appeals, have made clear that they are not going to consider the issues against the Dept. of Corrections defendants, which was the focus of the case, and that they should proceed separately, even though we had requested that when the court separated the issues but was denied that request.

1

And where it must be mentioned that is clearly contrary to certain "GIRSH" factors mentioned by the District Court such as a settlement dealing ONLY with the therapeutic issues claiming to avoid additional "litigation and expense" but the recent settlement does exactly that by avoiding the DOC issues which could now take another 14 years.

And where most important, and as addressed, there is no possible way to benefit therapeutically living under such harmful and repressive conditions, to the degree of punitive, until the focus of these cases and remainder of the issues are finally addressed by this court such as the deplorable housing conditions; violence by the DOC; and many other counterproductive issues addressed in this complaint.

In closing, and as mentioned, though the Plaintiffs, mainly the Chief Architect and lead litigator, JA, had requested the issues not be separated, then that they be addressed in conjunction, then they be reinstated, etc., all of which the lower court denied even though it stated we are free to address those other issues but refused to act clearly is a contradiction and where we are yet once again asking this court to REINSTATE the main issues of this case to finally stop the harm and injury being inflicted on a daily basis.

2

Finally, and once again, the plaintiffs in the case listed, mainly lead plaintiff Joseph Aruanno, request that this case be REINSTATED where the court now treats this case as EMERGENT and EXPEDITE these proceedings in light of the many years the DOC issues have been neglected and the harm that has caused.

In advance the Plaintiffs want to thank this court for its time and efforts in these matters.

Sincerely,

J. Aruanno

3/31/2014

MICHAEL HASHER, et al.

    v.                       U.S. District Court No. 07-1212

MERRILL MAIN, et al.

## "AFFIDAVIT OF SERVICE"

Dear Sirs:

   I, Joseph Aruanno, hereby give notice that I have served a copy of the attached petition to the defendant's attorney, The Office of the NJ Attorney General, 25 Market Street, Trenton NJ 08625.

   Service was conducted by the U.S. Postal Service, First-Class mail, through the S.T.U. mailing system.

   Also I fully understand that if any of the statements I have made are false I am subject to punishment under law.

                                                       Sincerely,

                                                       *[signature]*

Mr. Joseph Aruanno
S.T.U.
CN 905
Avenel, NJ   07001

                                                RECEIVED

                                                APR 1 5 2014

                                     AT 8:30 _____
                                     WILLIAM T. WALSH, CLERK