3/31/2014

RE: HASHER, et al. v. MAIN, et al.
    District Court No. 07-1212

RECEIV[ED]

APR 1 5 2014

AT 8:30 _____
WILLIAM T.

Dear Sirs:

   I submit the enclosed MOTION TO REINSTATE as a lead Plaintiff in the case listed above which I am forced to do pro se at the request of others in this case. And considering the limitations placed on me by the defendants I ask that you please forward this to the court.

   In closing if you have any questions or comments please don't hesitate to write me.

   In advance I want to thank you for your time and efforts in this matter.

Sincerely,

J. Aruanno

Mr. Joseph Aruanno #363
S.T.U.
PO Box 905
Avenel, NJ  07001

c:  defendants
    file

Mr. Joseph Aruanno
P.O. Box 905
Avenel, NJ 07001

RECEIVED
AT 8:30
WILLIAM T. WALSH, CLERK
APR 15 2014

OFFICE OF THE CLERK
CIVIL DIVISION
U.S. DISTRICT COURT
P.O. BOX 999
NEWARK, NJ 07101-0999



02 1P
0004424665
MAILED FROM ZIPCODE 07001
APR 14 2014
$ 001.19⁰
PITNEY BOWES
UNITED STATES POSTAGE