UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 13-1071and 13-1072
_____

RAYMOND ALVES; MICHAEL CULBRETH, and
DERRICK SESSOMS, individually and on behalf of all persons
similarly situated,

v.

MERRIL MAIN, Ph. D.,  in his official capacity as Clinical Director of the
Special Treatment Unit; JENNIFER VELEZ, in her official capacity as Commissioner of
the New Jersey Department of Human Services; LYNN A. KOVICH, in her official
capacity as Assistant Commissioner and Deputy Director of the New Jersey
Division of Mental Health and Addiction Services;
ATTORNEY GENERAL OF THE STATE OF NEW JERSEY

Joseph Aruanno,

Appellant in Case 13-1071


RAYMOND ALVES; MICHAEL CULBRETH;
DERRICK SESSOMS, individually and on behalf of all persons similarly situated

v.

MERRIL MAIN, Ph. D., in his official capacity as Clinical Director of the
Special Treatment Unit; JENNIFER VELEZ, in her official capacity as Commissioner of
the New Jersey Department of Human Services; LYNN A. KOVICH, in her official
capacity as Assistant Commissioner and Deputy Director of the New Jersey
Division of Mental Health and Addiction Services;
ATTORNEY GENERAL OF THE STATE OF NEW JERSEY

Salaam H. Abdullah, Richard Bagarozy, Darrick Bailey,
Craig Blue, Lamont Brooks, Fred Brown, Grady Brown,
Gilbert Davis, Jason Davis, John DeAngelis, Gerald Dooley,

        Frederic Dubose, Michael Gargiulo, Walter Harrell,
        Michael Hasher, Miguel Lorenzo, Bharat Malde,
        Douglas Minatee, Jason D. Overby, Chares F. Peters,
        Steve Rasinski, Rodney Roberts, Edward Salerno,
        Karl Siegle, Jabozz Spence, Emilio Velez, Ralph Waldron
        and (John) Walker,

                            Appellants in Case 13-1072

On Appeal from the United States District Court
for the District of New Jersey
(District Court No.: 2-01-cv-00789)
District Court Judge: Honorable Dennis M. Cavanaugh

Submitted under Third Circuit LAR 34.1(a)
March 3, 2014

Before: RENDELL, SMITH and HARDIMAN, <u>Circuit Judges</u>

### JUDGMENT

These cases came on to be heard on record from the United States District Court for the District of New Jersey and were submitted under the Third Circuit LAR 34.1(a) on March 3, 2014.

On consideration whereof, is it now here **ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered December 4, 2012, be and the same is hereby **AFFIRMED**.

All of the above in accordance with the opinion of this Court.

ATTEST:

s/Marcia M. Waldron,
 Clerk

Dated: March 20, 2014

**Certified as a true copy and issued in lieu of a formal mandate on** _4/24/14_
**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**