6/30/2014

J. ARUANNO v. G. HARRIS, et al.
U.S. District Court No. 04-3066 (CJAP)
consolidated with,
R. BAGAROZY v. G. HARRIS, et al.
consolidated with,
R. ALVES v. M. MAIN, et al.
U.S. District Court No. 01-789 (SDW)

RECEIVED
JUL 01 2014
AT 8:30_____M
WILLIAM T. WALSH, CLERK

RE:  JOSEPH ARUANNO

Dear Clerk:

   Thank you for sending me your letter dated 4/21/14 informing me that the MOTION TO REOPEN CASE which I had submitted would be heard on 5/19/14 but I have not heard from you since then for which I am requesting the status of.

   Also, and most important, as the record makes clear over the YEARS most of the Plaintiffs in No. 04-3066 wrote Judge D. Cavanaugh complaining about the total lack of honesty, sincerity, or any real concern for the injury being inflicted by the defendants by court appointed counsel, Ian Marx, where we had requested different counsel be appointed, etc., but Marx was permitted to continue with such criminal neglect and for which we were hoping that this would be different now with a new judge but I have been informed that Marx has forced himself upon us and this case once again for which I write at the request of many in this case to vehemently object!

   And since the countless letters to Judge Cavanaugh were basically ignored I was forced to address this on appeal where though that court also failed to address, or even comment, on this issue it did make clear that Marx's appeal had absolutely no merit, as with EVERYTHING he submitted to the District Court, which was far less than what was necessary, so yet once again you can see a clear conflict for Marx to pretend to be representing us/me.

    Also, and most important here, if this court is also going to pretend that Marx is our lawyer and permit him to sabotage our case then, at the request of counsel assisting me with other matters, I DEMAND that I have direct involvement with my interest in this case such as attending hearings, etc., being placed on the mailing list to receive any and all correspondences the court is sending out, as well as Marx. especially considering if he is permitted to remain on a case I have been part of since the beginning, as Judge Cavanaugh addresses in the settlement, but then am refused access to counsel, no matter how much of a farce it is, which happened on appeal where Marx wrote that court stating he "NO LONGER REPRESENTS [ME]", which is as absurd as unjust, and for which I am requesting that this court act here which includes, as mentioned, to be informed of the status of [MY] motion which was to be heard on 5/19/14?

    In closing if you have any questions or comments please don't hesitate to write me.

                                                      Sincerely,

                                                      J. Aruanno


Mr. Joseph Aruanno #363
S.T.U.
PO Box 905
Avenel, NJ   07001



c: Office of the Clerk, U.S. Court of Appeals
   Office of the NJ Attorney General
   Plaintiff[s] file[s]
   Ian Marx



RECEIVED
JUL 01 2014
AT 8:30
WILLIAM T WALSH, CLERK

Office of the Clerk, Civil Division
U.S. District Court
PO Box 419
Newark, NJ 07101-0419

07101041919

J. Aruanno
PO Box 905
Avenel, NJ
07001