Ruben Ramos, #252
Special Treatment Unit
8 Production Way, PO Box 905
Avenel, NJ 07001

August 20, 2014

William T. Walsh, Clerk
U.S. District Court
United States Courthouse
50 Walnut Street
Newark, NJ 07101

RECEIVED
AUG 22 2014
AT 8:30_____M
WILLIAM T WALSH, CLERK

Re: **Alves v. Main**
    01-cv-0789

Dear Mr. Walsh:

    Please find enclosed my motion to reopen the litigation settlement that was reached in the above case, and send it to Judge Cavanaugh's attention, so that it can be listed for a hearing, and the State properly notified.

    I have notified, by letter and a copy of this motion, both attorneys that represented the class, Mr. Lustberg and Ms. Moses.

    Thank you for your time and attention in this matter. I will await notification from your office.

Very truly yours,

*Ruben Ramos*
RUBEN RAMOS
Class member pro se

c: Lawrence Lustberg, Esq.;
   Barbara Moses, Esq.;
   file



Mr. Ruben Ramos, #252
Special Treatment Unit
P Production Way, PO Box 905
Avenel, NJ 07001

7008 0150 0001 3835 0287

Mr. William T. Walsh, Clerk
United States District Court
United States Courthouse
50 Walnut St.
Newark, NJ 07101

RECEIVED
AUG 22 2014
AT 8:30 ____M
WILLIAM T WALSH, CLERK

07102$3551