# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RAYMOND ALVES, et al., | : | Civil Action 01-789 |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| MERRILL MAIN, et. al., | : | |
| Defendants. | : | September 23, 2014. |

**WIGENTON**, District Judge.

This matter having come before the Court on *pro se* Plaintiff Ruben Ramos's ("Plaintiff"), a civilly committed resident of the New Jersey Special Treatment Unit ("STU"), Motion to Reopen the above-captioned class action (ECF No. 247);

and the parties having entered a Settlement Agreement ("SA") (ECF No. 193), approved by District Judge Cavanaugh on December 4, 2012 (ECF No. 221) and affirmed by the Third Circuit on March 20, 2014 (ECF No. 228), which governs Settled Defendants' provision of sex-offender-specific mental health treatment at STU, and which empowers a Court-appointed Monitor to conduct an annual inspection of Settled Defendants' compliance with the SA;

and Plaintiff having requested reinstatement of the litigation to address a claim—Settled Defendants' alleged failure to provide Plaintiff with mental health treatment materials in Spanish and otherwise accommodate his language needs—encompassed by the Settlement Agreement, See ECF No. 193, SA, §VI.A.1 (requiring "individually tailored treatment that adequately meets the therapeutic needs of each Resident");

and the Court-appointed Monitor's annual inspection being due to begin in the coming weeks and Class Counsel having informed this Court that Plaintiff's claim has been submitted to the Monitor for investigation (ECF No. 248);

**IT IS** on this 23rd day of September, 2014,

**ORDERED** that Plaintiff's Motion to Reopen the Litigation is **DENIED** without prejudice. Plaintiff may renew his application if the alleged violation is not resolved through the independent monitoring process.

/s/ Susan D. Wigenton

**Susan D. Wigenton, U.S.D.J.**

cc:      the Hon. Madeline Cox Arleo, U.S.M.J.