Richard Bagarozy
STU-Annex
P.O. Box 905
Avenel, NJ 07001

*U.S. DISTRICT CLERK*
*DISTRICT OF NEW JERSEY*
*RECEIVED*
*2017 JAN 10  P 4: 12*

Clerk of the Court
U.S. District Court of New Jersey
Martin Luther King Courthouse
50 Walnut Street (5th Floor)
Newark, NJ 07101

January 5, 2017

**RE:  ALVES v. MAIN  01-cv-00789-DMC-MF**

Dear Clerk of the Court:

   Enclosed, please find a copy of this plaintiff's letter to Hon. Susan D Wigenton, USDJ, requesting status of the October 21 st., motion by Ian Marx, Esq., in the above captioned matter.  Also, this plaintiff is unaware as to who "all appearing counsel" are (see Certification of Service by Ian Marx in his October 21 st., 2016, motion), so "all appearing counsel" have not been served with a copy of this status request.  May we impose on the Clerk of the Court to insure that all are properly served?   Please file and process the enclosed as soon as possible. Thank you.

Respectfully,

*Richard Bagarozy*
Richard Bagarozy, Plaintiff, pro.se.

c. Ian Marx, Esq.
   Mr. Joseph Aruanno

*\*Even though in Mr. Marx's October 21 st., 2016, <u>Notice of Motion</u> in the above captioned matter, he appears to submit a date of November 21st., 201**7**; that is obviously a typographical error and should have been 201**6** in that 201**7** is an unreasonable time frame and also he repeats the same date (November 21st., 201**7**) when saying that that the motion shall be based on the Certification of Ian S. Marx dated October 21, 201**7**, but the actual certification itself is properly dated October 21, 201**6**).*

*\*Plaintiff, pro.se. does not know who "all appearing counsel" are (see Certification of Service by Ian Marx in his October 21 st., 2016, motion), so "all appearing counsel" has not been served with a copy of this status request. May we impose on the Court to insure that all are properly served? Thank you.*

Richard Bagarozy
STU-Annex
P.O. Box 905
Avenel, NJ 07001

Hon. Susan D. Wigenton, USDJ
U.S. District Court of New Jersey
Martin Luther King Courthouse
50 Walnut Street (5th Floor)
Newark, NJ 07101

January 5, 2017

**RE:  ALVES v. MAIN  01-cv-00789-DMC-MF**

Hon. Judge Wigenton:

    I write to request from Your Honor the status of the October 21st, 2016 motion submitted by Ian Marx, Esq., in the above captioned matter. Our understanding is that there was to be a hearing of November 21st, 201**6**.*

    As yet we have not heard anything.

Respectfully,

*/s/ Richard Bagarozy*

Richard Bagarozy, Plaintiff, pro.se.

c. Ian Marx, Esq.
   Mr. Joseph Aruanno

*Even though in Mr. Marx's October 21 st., 2016, *Notice of Motion* in the above captioned matter, he appears to submit a date of November 21st., 201**7**; that is obviously a typographical error and should have been 201**6** in that 201**7** is an unreasonable time frame and also he repeats the same date (November 21st., 201**7**) when saying that that the motion shall be based on the Certification of Ian S. Marx dated October 21, 201**7**, but the actual certification itself is properly dated October 21, 201**6**).

*Plaintiff, pro.se. does not know who "all appearing counsel" are (see Certification of Service by Ian Marx in his October 21 st., 2016, motion), so "all appearing counsel" has not been served with a copy of this status request. May we impose on the Court to insure that all are properly served? Thank you.

Mr. Richard Bagarozy
PO Box 905
Avenel, NJ 07001

X-RAYED

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 JAN 10 P 4:11

Clerk of the Court
U.S. District Court of N.J.
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07101

07102-359599

BY DANIELS NJ 070
06 JAN 2017 PM 2

USA FOREVER