11·20·2017

RE: ARUANNO v. MAIN, et al.
No. 01·789

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 NOV 21   P 3: 05

Dear Clerk:

Enclosed is a submission from the Plaintiff which he submits in the case listed above in lieu of a more formal submission since he is pro se and in light of the severe limitations placed on him by the defendants such as denying him access to a law library, etc., denying him a job which prevents him from being able to litigate fairly or effectively; and have engaged in a series of violent brutal attacks against him, as this court knows, which have left him physically limited, etc....

Also he is an involuntarily civilly committed person where it is the state's position, AFFIRMED by this court, that he sufferers from severe cognitive limitations; reality distortions; etc., where no one who truly stands for justice would permit such a person to proceed on his own and where the ADA; RA; LAD; etc., ENTITLE him a LEGAL GUARDIAN, etc., to assist him in accessing the court here properly and fairly for which we request from this court, or a disability request to appoint such, before proceeding here in the interest of justice and fundamental fairness, etc....

In closing, and in light of these limitations, we ask that you please return a "DATE-STAMPED" copy of this submission.

In advance we want to thank you for your time and efforts in these matters.

Sincerely,

J. Aruanno

Mr. Joseph Aruanno #363
S.T.U.
PO Box 905
Avenel, NJ   07001

c:  Office of the NJ Attorney General
    file

11·20·2017

RE: ARUANNO v. MAIN, et al.
No. 01·789

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 NOV 21  P 3: 06

"AFFIDAVIT OF SERVICE"

Dear Sirs:

   I, Joseph Aruanno, hereby give notice that I have served a copy of the attached petition to the defendants listed in the case titled above.

   Service was conducted by the U.S. Postal Service, First-Class mail, through the S.T.U. mailing system.

   Also I fully understand that if any of the statements I have made are false I am subject to punishment under law.

Sincerely,

J. Aruanno

Mr. Joseph Aruanno
S.T.U.
CN 905
Avenel, NJ  07001

11-20-2017

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2017 NOV 21  P 3:06

JOSEPH ARUANNO,
    Plaintiff

consolidated with,

R. ALVES v. M. MAIN, et al.
Docket No. 01-789

"MOTION TO REOPEN/REINSTATE"

Mr. Joseph Aruanno #363
Special Treatment Unit
8 Production Way
PO Box 905
Avenel, NJ   07001

*

Dear Judge Wigenton:

Please accept this letter brief in lieu of a more formal brief since I am pro se, which has been a major problem for the majority of the plaintiffs since appointed counsel has neglect us during the course of this case which had lead to a petition signed by a majority of the plaintiffs in MOTION form to have counsel replaced or at least removed which the court DENIED, as the record makes clear. And because I/we are denied access to a law library, etc., which we are ENTITLED to which could help to submit a better MOTION which is also a key issue in this case which has been neglected for nearly 14 years now and counting.

As well as the violations and limitations placed on me/us by the defendants which obstructs our abilities mentally, physically etc....

And where in any case I will attempt to address the reasons for this PETITION/MOTION to REOPEN and/or REINSTATE the therapy issues (allegedly) addressed in the settlement.

In support of this PETITION/MOTION I have prepared the attached "nine" points which are just the tip-of-the-iceberg and which present serious conflict with the settlement.

And where with that you can see that I have zealously attempted to remedy this with the defendants, ombudsman, monitor, etc., with no resolution for which counsel assisting me with other matters suggested I submit this to you.

In closing, if the court has any questions or comments I would ask that there be "ORAL ARGUMENTS" where I may be able to present a better case and answer any questions the court may have.

In advance I/we want to thank you for your time and efforts in these matters.

Sincerely,

J. Aruanno

c: Office of the NJ Attorney General
   file

2

"POINTS"

(1) Despite requesting one-on-one treatment/therapy in accordance with Dr. Becker's report and the settlement I have been told, including in writing, that it is not available here.
   Then they have stated in a yearly report that I have refused one-on-one treatment which really proves the lie this entire farce is.

(2) I had won a "trivia tournament" but the female staff member who ran the event gave my prize, a watch, to a person she was/is having an inappropriate relationship with including a sexual relationship. And which discourages me, and others, from participating contrary to their lies in their yearly reports that they "encourage" me to participate.

(3) Where I attempt to participate in recreation such as playing in the band, I had bought my own drum set where certain defendants were permitted to break it; where despite playing on "BAND-NIGHT" where they give snacks such as chips, sodas, etc., on the last night I played during July-2014 they gave the snacks to all others in the unit except those in the band stating they "forgot".

(4) Because I am an (alleged) treatment refusal, TR, I am told I cannot participate in "educational programs" addressed by Dr. Becker and the settlement such as "computer classes", etc....

(5) And where the regular group I am scheduled to is run by a doctor who is a defendant in a personal lawsuit I have. And where despite having informed the Administration of this they continue to reassign me to new groups with Dr. Eiser, whom had interviewed me concerning an incident where I warned him I was being threatened where he took an attitude about it and permitted another assault to happen.

(6) Also I must address the fact that where having built four therapy rooms in each unit, which should have been done BEFORE we got here because during this period there was none and where for an entire year the noise, smoke from the welding, etc., was totally unbearable! And worse very disruptive and harmful psychologically! Counterproductive and antitherapeutic.

In addition to (6) I must mention an incident where the groups where being held in the middle of the dayroom where everyone could hear, see, etc., making a total mockery out of the farce that already exists here, where I was attempting to participate in a weekly trivia event where the guards were watching something on the television just 10 feet from us and they had it on "full volume". And when the DHS staff member informed the DOC staff watching the TV that we could not hear each other the reply was that "IT WAS THE DAYROOM", refusing to turn it down.

(7) Where despite having built the new therapy rooms they are rarely used where usually there is no groups taking place despite the settlement increasing weekly groups. Where usually when there is something taking place there is usually only one room being utilized, and the other three empty.

(8) And with these issues I must mention that from my very first attempt to reach the "ombudsman" that was appointed to oversee terms of the settlement I had both placed a request in his box on the unit and mailed him one where after waiting almost a month I confronted him when I saw him on the unit and he said he "DID NOT RECEIVE EITHER".
And where having eventually brought ALL of these issues to his attention, K. Rozov, he has stated these are not part of his responsibilities here, and there is "NOTHING [HE] CAN DO". And has in fact failed to do anything to remedy these problems. And where ALL of which has displayed great incompetence and a total lack of concern right from the beginning of their assignment.

(9) And with that I had written the appointed monitor whom did reply but said he cannot be in contact with the Plaintiffs directly. For which we would ask HOW is he suppose to know the truth of what is happening here. Though he did forward a copy of my complaints to attorney Barbera Moses, whom ironically is responsible for such a flawed settlement and the actions of such insincere defendants as a result.

(10) From December 2014 until April 2015 what little recreational activities they have were cancelled while replacing certain staff members, where there should have been no gap.