

8·31·2018

SEP 11 2018

U.S.

BAGAROZY, et al.

V.

HARRIS, et al.

No. ~~04·3066~~

01-cv-00789

# NOTICE OF APPEAL

JOSEPH ARUANNO

S.T.U.

PO BOX 905

AVENEL, NJ 07001

✳

PLAINTIFF, APPELLANT, JOSEPH ARUANNO,
SUBMITS THIS IN LIEU OF A MORE FORMAL PETITION
IN LIGHT OF THE OBSTRUCTIVE MEASURES OF THE
DEFENDANTS WHICH IS A KEY ISSUE IN THIS CASE,
AND THE FACT THAT PLAINTIFF(S) ARE FORCED TO
SUBMIT THIS PRO SE EVEN THE THE LOWER COURT
HAS APPOINTED COUNSEL. AN ISSUE THE LOWER COURT
AVOIDED AND A KEY ISSUE ON APPEAL.

AND ANOTHER ISSUE THE LOWER COURT AVOIDED
IS THE FACT THAT THIS PETITION WAS SUBMITTED
TO THE LOWER COURT AT THE REQUEST OF RICHARD
BAGAROZY, v. HARRIS, #04-3066, BUT THE LOWER
COURT HEARD AS ALVES, #01-789, WHICH IS
INCORRECT, AND HAS LEAD TO CONFUSION HERE
ON APPEAL. AND WHERE THE OPINION ON APPEAL
HERE IS DATED 8-1-2018.

1

AND WHERE, SINCE THE LOWER COURT REFUSES TO
CLARIFY THE DOCKET ISSUE OR HEAR THE MOTION FOR
RECONSIDERATION PLAINTIFFS HAVE SUBMITTED WE
NOW SEEK APPELLATE REVIEW.

IN ADVANCE WE WANT TO THANK YOU FOR YOUR
TIME AND EFFORTS HERE.

SINCERELY,
J. Chimo

C: OFFICE OF THE NJ ATTORNEY GENERAL
PLAINTIFF(S) FILE(S)

2

RE: BAGAROZY v. HARRIS
 # 04·3066

SEP 1 1 2018

"AFFIDAVIT OF SERVICE"

Dear Sirs:

I, Joseph Aruanno, hereby give notice that I have served a copy of the attached petition to the defendant's attorney, The Office of the NJ Attorney General, 25 Market Street, Trenton NJ 08625.

Service was conducted by the U.S. Postal Service, First-Class mail, through the S.T.U. mailing system.

Also I fully understand that if any of the statements I have made are false I am subject to punishment under law.

Sincerely,

Mr. Joseph Aruanno
S.T.U.
CN 905
Avenel, NJ   07001



J. ARUANNO
PO BOX 905
AVENEL, NJ
07001

CLERK'S OFFICE, CIVIL DIVISION

U.S. COURT OF APPEALS

601 MARKET STREET

PHILADELPHIA, PA 19106