OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**      U̲NITED S̲TATES C̲OURT OF A̲PPEALS      TELEPHONE
CLERK                                  FOR THE THIRD CIRCUIT                       215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

September 12, 2018

William T. Walsh, Clerk
United States District Court
P.O. Box 419
Newark, NJ 07101-0419

               Re:  Alves, et al. v. Ferguson, et al.
                   D.N.J. No. 2-01-cv-00789

Dear Mr. Walsh:

     Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court Order (#310) entered 8/1/18 which was filed with this office in error.  See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  **The notice was placed in institutional mail on 8/31/18 and should be docketed as of that date.**

     This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules.  Upon receipt of the document, kindly process it according to your Court's normal procedures.  If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

     Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court.  This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

     Thank you for your assistance in this matter.

                                          Very truly yours,

                                          By:  /s/ Patricia S. Dodszuweit
                                                Clerk

PSD/tyw
Enclosure
cc:   Joseph Aruanno (w/out enclosure)