8·31·2018


SEP 11 2018
U.S.

BAGAROZY, et al.

v.

HARRIS, et al.

No. ~~04-3066~~
01-cv-00789

# NOTICE OF APPEAL

JOSEPH ARUANNO
S.T.U.
PO BOX 905
AVENEL, NJ 07001

✱

PLAINTIFF, APPELLANT, JOSEPH ARUANNO, SUBMITS THIS IN LIEU OF A MORE FORMAL PETITION IN LIGHT OF THE OBSTRUCTIVE MEASURES OF THE DEFENDANTS WHICH IS A KEY ISSUE IN THIS CASE, AND THE FACT THAT PLAINTIFF(S) ARE FORCED TO SUBMIT THIS PRO SE EVEN THE THE LOWER COURT HAS APPOINTED COUNSEL. AN ISSUE THE LOWER COURT AVOIDED AND A KEY ISSUE ON APPEAL.

AND ANOTHER ISSUE THE LOWER COURT AVOIDED IS THE FACT THAT THIS PETITION WAS SUBMITTED TO THE LOWER COURT AT THE REQUEST OF RICHARD BAGAROZY, v. HARRIS, #04-3066, BUT THE LOWER COURT HEARD AS ALVES, #01-789, WHICH IS INCORRECT, AND HAS LEAD TO CONFUSION HERE ON APPEAL. AND WHERE THE OPINION ON APPEAL HERE IS DATED 8-1-2018.

1

AND WHERE, SINCE THE LOWER COURT REFUSES TO CLARIFY THE DOCKET ISSUE OR HEAR THE MOTION FOR RECONSIDERATION PLAINTIFFS HAVE SUBMITTED WE NOW SEEK APPELLATE REVIEW.

IN ADVANCE WE WANT TO THANK YOU FOR YOUR TIME AND EFFORTS HERE.

SINCERELY,

J. Chimmo

c: OFFICE OF THE NJ ATTORNEY GENERAL
   PLAINTIFF(s) FILE(s)

8·31·2018

RE: BAGAROZY v. HARRIS
 # 04·3066

SEP 11 2018

"AFFIDAVIT OF SERVICE"

Dear Sirs:

 I, Joseph Aruanno, hereby give notice that I have served a copy of the attached petition to the defendant's attorney, The Office of the NJ Attorney General, 25 Market Street, Trenton NJ 08625.

 Service was conducted by the U.S. Postal Service, First-Class mail, through the S.T.U. mailing system.

 Also I fully understand that if any of the statements I have made are false I am subject to punishment under law.

Sincerely,
*[signature]*

Mr. Joseph Aruanno
S.T.U.
CN 905
Avenel, NJ  07001

J. ARUANNO
PO BOX 905
AVENEL, NJ
07001

CLERK'S OFFICE, CIVIL DIVISION
U.S. COURT OF APPEALS
601 MARKET STREET
PHILADELPHIA, PA 19106