UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 18-1691 and 18-3039
(consolidated)
_____

RAYMOND ALVES; MICHAEL CULBRETH; DERRICK SESSOMS;
Individually and on behalf of all persons similarly situated

v.

MERRIL MAIN, Ph.D., in his official capacity as Clinical Director of the Special Treatment Unit; COMMISSIONER NEW JERSEY DEPARTMENT OF HUMAN SERVICES; LYNN A. KOVICH, in her official capacity as Assistant Commissioner and Deputy Director of the New Jersey Division of Mental Health and Addiction Services; ATTORNEY GENERAL NEW JERSEY

JOSEPH ARUANNO,
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 01-cv-00789)
District Judge: Honorable Susan D. Wigenton

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
January 2, 2019

Before: KRAUSE, SCIRICA and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on January 2, 2019. On consideration whereof, it is now hereby

      ORDERED and ADJUDGED by this Court that the order of the District Court entered February 21, 2018, and the order of the District Court entered August 1, 2018, be and the same are hereby affirmed.  Costs taxed against the Appellant.  All of the above in accordance with the opinion of this Court.

                                           ATTEST:

                                           s/ Patricia S. Dodszuweit
                                           Clerk

Dated: January 10, 2019