From Matt Gray, reporter, NJ.com
To: Judges chambers handling this matter:

RAYMOND ALVES, et al., Plaintiffs, v. MERRILL MAIN, Ph.D., et al., Defendants.
Civil Action No. 01-789 (DMC)
**2:01-cv-00789-SDW-LDW** ALVES, et al v. FERGUSON, et al
Susan D. Wigenton, presiding
Leda D. Wettre, referral

Hello - I'm not sure which judge to direct this to - case seems to have had several over the years. I'm try to locate annual federal monitor reports submitted by appointed monitor William L'E. Wertheimer. He apparently submitted five annual reports to the court as part of his duties in this case. He was appointed in 2012 while Judge Dennis M. Cavanaugh was presiding over this case.
Is it possible to get those reports?

Thank you,
Matt Gray
Cell: 609-819-2351
Email: mgray@njadvancemedia.com