

# U.S. District Court
# District of New Jersey

**OFFICE OF THE CLERK**
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

May 25, 2023

*Via email to:  mgray@njadvancemedia.com*

Mr. Matt Gray
NJ.com

      Re:  <u>Alves v. Main, Civ. A. No. 01-789, Request for Monitor Reports</u>

Dear Mr. Gray,

    The Clerk's Office is in receipt of your April 28, 2023 request for access to the annual monitor reports prepared in the above-referenced case.  (Dkt. Entry 317).  Please be advised that the Clerk's Office does not have those reports, which are confidential and have not been filed on our docket.

    In his opinion filed on December 4, 2012 approving of the Settlement Agreement, the Honorable Dennis M. Cavanaugh indicated that the annual written reports by court-appointed monitor, William L'E. Wertheimer, "will be provided to counsel for Plaintiffs and Defendants." (Dkt. Entry 220 at 11).  Disclosure of the monitor reports is restricted to those individuals listed within the "Confidentiality" section of the Settlement Agreement filed on July 20, 2012. (Dkt. Entry 193-3 at 28-29).

    We hope this explanation satisfies your inquiry.

                      Very truly yours,

                      <u>s/Melissa E. Rhoads</u>
                      Clerk of Court

CC: File